IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **WESTERN HERITAGE** | |
| **INSURANCE COMPANY** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO. 4:05cv112-TSL-JMR |
| **COVERT INVESTIGATION &** | |
| **SECURITY SERVICES, INC. and** | |
| **SAMUEL BRELAND** | **DEFENDANTS** |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on joint motion *ore tenus* of the parties for dismissal of this action with prejudice, and the Court, being informed that the parties have reached a full and final compromise of this dispute, and being otherwise fully advised in the premises;

IT IS THEREFORE ORDERED that all claims and counterclaims presented by the parties to this action are hereby dismissed with prejudice.

SO ORDER, this the 13th day of April, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| s/Justin L. Matheny | s/William W. Simmons |
| MSB 100754 | MSB 99237 |
| Attorney for Western Heritage Ins. Co. | Attorney for Covert Investigations |

s/James M. Mars, II
Attorney for Samuel Breland